IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MATTHEW EDWARD GAUGER                                                                           PLAINTIFF

        v.                                    Civil No. 3:22-cv-03040

NURSE DEBORA H. SHULTEE,
Baxter County Detention Center (BCDC);
SABASTION DENNIS, BCDC;
SHERIFF JOHN MONTGOMERY,
Baxter County, Arkansas; and
SERGEANT CLAY MAPLE, BCDC                                                                     DEFENDANTS

**ORDER**

    Plaintiff has filed a Motion to Compel (ECF No. 24) in which he asks the Court to: (1) order the release of his ADC dental records, including a dental x-ray, which Defendants have stated they will not share with him; and (2), order Defendants to provide him with the x-ray performed at the Christian Clinic.

    Defendants have responded. (ECF No. 25). Regarding the ADC records, Defendants state that upon request of the ADC they did not provide Plaintiff with a copy of the ADC records they obtained. Instead, Plaintiff was instructed to present a request to the Warden to review the records. Next, Defendants maintain that all records they obtained from the Mountain Home Christian Clinic, pursuant to Plaintiff's medical authorization, have been provided to him and these records did not include an x-ray.

    The Court "has very wide discretion in handling pretrial discovery matters." *See United States ex rel. Kraxberger v. Kansas City Power & Light Co.*, 756 F.3d 1075, 1082 (8th Cir. 2014). Having considered the Plaintiff's Motion (ECF No. 24) and the Defendants' Response (ECF No.

25), the Court **GRANTS IN PART and DENIES IN PART** the Motion to Compel (ECF No. 24).

**IT IS HEREBY ORDERED THAT:**

1. Defendants shall mail Plaintiff paper copies of his medical records as soon as practicable, but in any event no later than March 9, 2023. Prison officials at the prison where Plaintiff currently resides—the Barbara Ester Unit, 7500 Corrections Circle, Pine Bluff, AR 71603—are **DIRECTED** to allow Plaintiff to retain possession of these medical records.

2. To this end, the Clerk is **DIRECTED** to send a copy of this Order to the Warden of the Barbara Ester Unit by certified mail, return receipt requested.

3. Plaintiff is directed to file a motion requesting the issuance of a Rule 45 subpoena to the Christian Clinic to obtain a copy of his x-ray. The motion shall include: the name and address of the clinic; the dates Plaintiff was seen at the clinic; the date the x-ray was taken, and his date of birth.

DATED this 7th day of February 2023.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE